JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RICHARD A. DEVRIES,

Plaintiff,

v.

CLIENT SERVICES, INC.,

Defendant.

**Case No.**  2:22-cv-03515-RGK-PLA

~~PROPOSED~~ ORDER STIPULATION FOR DISMISSAL WITH PREJUDICE   **[21]**

Plaintiff, RICHARD A. DEVRIES, and Defendant, CLIENT SERVICES, INC., having filed with this Stipulation for Dismissal with prejudice and the Court having reviewed the same, IT IS HEREBY ORDERED:

1. The Stipulation is approved. The action against CLIENT SERVICES, INC. is hereby dismissed with prejudice. Each party shall bear its own costs and attorney fees.

DATED: __9/12/2022__

_____
UNITED STATES DISTRICT JUDGE
Judge R. Gary Klausner

1